No. 7419.

E. P. WILTON ET AL. vs. A. J. BRYANT ET ALS.

The fact that the suit had been at issue by the answer of the principal defendant, the sheriff, for eighteen months, and by the answers of the sureties for a year, and that the plaintiffs had not during that time informed their counsel of the names of their witnesses, is such laches and negligence as justifies the court in refusing a continuance.

APPEAL from the District Court for Tensas.   HOUGH, J.

*E. H. Farrar* for Plaintiffs Appellants.   *Steele & Garrett* for Defendants.

Upon the refusal of the continuance the plaintiffs' counsel withdrew from the suit, whereupon the plaintiffs were called and not answering, the suit was dismissed.

MARR, J., delivered the opinion affirming the judgment.